

# JUDGMENT

# Court of Appeals
# First District of Texas

NO. 01-16-00835-CV

MARY JACOB, Appellant

V.

ADAM JACOB, Appellee

Appeal from the 309th District Court of Harris County. (Tr. Ct. No. 2013-51075).

This case is an appeal from the final judgment signed by the trial court on July 26, 2016. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that the appellant, Mary Jacob, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered May 10, 2018.

Panel consists of Chief Justice Radack and Justices Higley and Bland. Opinion delivered by Justice Higley.